UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTOINE D. MEEKS,<br><br>      Plaintiff,<br><br>  v.<br><br>JARROD PETERS, RANDOLPH COUNTY SHERIFF'S OFFICE, CHRIS GUISEN, SHANNON WOLF, and CODY USHER,<br><br>      Defendants. | Case No. 22-cv-2377-JPG |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some matters and the parties having stipulated to dismissal of others,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:** May 19, 2025

                                              MONICA A. STUMP, Clerk of Court

                                              s/ Tina Gray, Deputy Clerk


**Approved:**    s/J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**